UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HAMID MAZUJI,

    Plaintiff,

v.                                                                          Case No: 5:12-CV-404-Oc-18PRL

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

### REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis*. Based on the following discussion, the undersigned recommends **DENIAL** of Plaintiff's application (Doc. 2).

### Discussion

In Plaintiff's initial application (Doc. 2), Plaintiff represented that he is disabled and unable to pay the fees and costs of pursuing this action and requested that the Court authorize him to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, the Court "*may* authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets." (Emphasis added.)

---

[1] **Error! Main Document Only.**Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.