UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HAMID MAZUJI,

     **Plaintiff,**

v.                                         **Case No: 5:12-cv-404-Oc-18PRL**

COMMISSIONER OF SOCIAL
SECURITY

     **Defendant.**

---

### REPORT AND RECOMMENDATION[1]

    This case is before the Court on Plaintiff's appeal of an administrative decision denying his applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income Benefits ("SSI"). The Court has reviewed the record, the memoranda, and the applicable law. For the reasons set forth herein, it is **RECOMMENDED** that the Commissioner's decision be **AFFIRMED.**

**Procedural History and Summary of the ALJ's Decision**

    On December 22, 2008, Plaintiff protectively filed for disability insurance benefits (DIB) and supplemental security income (SSI), alleging he became disabled on October 19, 2008. (Tr. 146-49, 166). His claim was denied initially on February 5, 2010, and upon reconsideration on April 14, 2009. (Tr. 77, 87). On October 29, 2010, the Administrative Law Judge (ALJ) issued a partially favorable decision that the Plaintiff was disabled for a period from October 19, 2008

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.